IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD VANCIL,            )<br>                                              )<br>            Plaintiff,         )<br>                                              )<br>v.                                          )<br>                                              )<br>CITY OF COLLINSVILLE,  )<br>                                              )<br>            Defendant.       ) | Southern District Case No.. 25-CV-2087<br><br>Madison County Case No. 2025-CH-000089 |

### NOTICE OF REMOVAL OF PLAINTIFF'S COMPLAINT

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS:

NOW COMES Defendant, CITY OF COLLINSVILLE (referred to as the "Defendant"), by its attorneys, Brian M. Funk and James G. Wargo, pursuant to 28 U.S.C. §1441 and §1443, and for its Notice of Removal, states as follows:

1. On October 20, 2025, Plaintiff, Richard Vancil, filed a Complaint against Defendant in the Third Judicial Circuit of Madison County, Illinois, entitled *Richard Vancil v. City of Collinsville,* bearing docket number 2025-CH-000089, a copy of which is attached hereto at Exhibit "A."

2. In the Complaint, Plaintiff purports to bring claims pursuant to 42 U.S.C. §1983 for violations of his rights under the Fourth Fourteenth Amendments of the United States Constitution.

3. On October 24, 2025, the City of Collinsville was served with Plaintiff's Complaint and Summons. Accordingly, this removal is timely filed within 30 days of receipt of Plaintiff's Complaint.

4. The above-described action is a civil action in which this Court has original jurisdiction under the provisions of 28 U.S.C § 1331 and is one which may be removed to this

Court by Defendant pursuant to the provisions of 28 U.S.C §1441 and §1443 in that Plaintiff filed suit against Defendant for, among other things, violations of Plaintiff's constitutional rights pursuant to 42 U.S.C § 1983.

5.      As required by 28 U.S.C § 1446(d), notice of removal will be served upon all parties of record and will be filed with the Illinois Circuit Court of the Third Judicial Circuit of Madison County, Illinois.

6.      Defendant agrees and consents to removal of this action from the Circuit Court of the Third Judicial Circuit of Madison County, Illinois to the United States District Court for the Southern District of Illinois.

7.      The United States District Court for the Southern District of Illinois is the District Court for the district encompassing Madison County, Illinois. 28 U.S.C § 93(c).

8.      Pursuant to the requirements of 28 U.S.C § 1446(a), the pleadings filed in the Madison County action have been filed herewith.

WHEREFORE, Defendant, CITY OF COLLINSIVLLE, hereby gives notice of removal of this action to the United States District Court for the Southern District of Illinois.

Respectfully submitted,

**CITY OF COLLINSVILLE**

By: *s/Brian M. Funk*
Brian M. Funk, #6277501
James G. Wargo, #6273231
IFMK Law, Ltd.
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Phone: 847/291-0200
Fax:    708/621-5538
Email: bfunk@ifmklaw.com
           jwargo@ifmklaw.com

Westfield Professional Building
807 W. Highway 50, Suite 1
O'Fallon, Illinois 62269
Phone: 618-589-0847

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD VANCIL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Southern District Case No. 25-CV-2087 |
| v. ) | |
| ) | Madison County Case No. 2025-CH-000089 |
| CITY OF COLLINSVILLE, ) | |
| ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2025, I caused to electronically be filed the foregoing ***Notice of Removal of Plaintiff's Complaint*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following registered CM/ECF participant:

Thomas G. Maag
Maag Law Firm, LLC
22 West Lorena Avenue
Wood River, IL 62095
tmaag@maaglaw.com

and I will also send notification of such filing to the following participant via Email:

Thomas G. Maag
Maag Law Firm, LLC
22 West Lorena Avenue
Wood River, IL 62095
tmaag@maaglaw.com

By: *s/Brian M. Funk*
Brian M. Funk, #6277501
IFMK Law, Ltd.
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Phone: 847/291-0200
Fax:    708/621-5538
Email: bfunk@ifmklaw.com