***EFILED***
Case Number 2025CH000089
Date: 10/20/2025 2:32 PM
Patrick McRae
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

| | |
|---|---|
| RICHARD VANCIL, | ) |
| Plaintiff, | ) 2025CH000089 ) |
| v. | ) ) 25-CH- |
| CITY OF COLLINSVILLE, | ) ) |
| Defendant. | ) ) |

### PETITION FOR INJUNTIVE RELIEF

Comes now Petitioner Richard Vancil, by and through their attorney, and brings this action for injunctive relief, pursuant to 42 USC 1983, as follows:

1. That at all times relevant, Plaintiff Richard Vancil is a citizen and resident of 407 East Main, Collinsville, Illinois.

2. That Defendant City of Collinsville is a municipal corporation located in Collinsville, Illinois, which operates the water system at issue in this case.

3. That Plaintiff has been a resident of said address for in excess of one year.

4. That about seven days prior to this action being filed, Defendant shut off the public water that serves Plaintiff's home.

5. That water was not shut off for non-payment of the bill.

6. That the water was not shut due to any action or inaction of Plaintiff.

7. That the water was shut off, pursuant to the policy and practice of Defendant, to, in violation of the Fourth and 14th Amendments, to force Petitioner to obtain a new occupancy permit and more importantly allow an inspection of his home by government agents, without a warrant, related to a harassment campaign with Plaintiff's landlord.

**EXHIBIT A**

Dated: 10-20-25

Respectfully Submitted,

Bus/Thomas G. Maag
Thomas G. Maag #6272640
Maag Law Firm, LLC
22 West Lorena Avenue
Wood River, IL 62095

tmaag@maaglaw.com
618-216-5291

# SUMMONS

IN THE STATE OF ILLINOIS, CIRCUIT COURT

☐ **Alias Summons**
*Check if this is not the 1st Summons issued for this Defendant/Respondent.*

**COUNTY:** Madison
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** RICHARD VANCIL
*Who started the case.*   *First, Middle, and Last Name, or Business Name*

**DEFENDANTS/RESPONDENTS:** CITY OF COLLINSVILLE
*Who the case was filed against.*

*First, Middle, and Last Name, or Business Name*

2025CH000089

25-CH
**Case Number**

**The Defendant/Respondent named above has been sued. Read this form for information about how to respond to this lawsuit. Also see page 4 for next steps.**

**For the person filling out this form: Read all instructions in this box.**

This *Summons* can only be used for certain types of cases. See the *How To Serve a Summons* Instructions for more information: ilcourts.info/how-to-summons.

Check 1 if this is a 30-day summons or check 2 if this is a date certain summons. Fill in all the information in 1 or 2.

- Use a **date certain summons** if you are asking for money of $50,000 or less or recovery of your personal property that you think the Defendant has, and for some mandatory arbitration cases. In 2, fill in your court date and how to go to court. You may get the court date when you e-file or you may need to ask the Circuit Clerk's office.
- Use a **30-day summons** for most other case types.

Complete the rest of the form with the Defendant/Respondent's information and information about the lawsuit.

**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

### ☑ 1. 30-DAY SUMMONS

To participate in this case, you must **file** your *Appearance* and *Answer/Response* forms with the court within 30 days after you are served with this *Summons* (not counting the day of service) by e-filing or at:

Court Address: 155 N. Main Street, Edwardsville, IL 62025
*Courthouse Street Address*

- or -

### ☐ 2. DATE CERTAIN SUMMONS

Your court date is listed below. Information about getting a court date and how to attend is available from the Circuit Clerk. You can find their contact information at ilcourts.info/clerks.

To respond to this *Summons*, you must **attend court** in one of the ways checked below on:

_____ at _____ ☐ a.m. ☐ p.m. in _____
*Month, Day, Year*   *Time*   *Courtroom Number*

2025CH000089

Case Number 25-CH

c. **Second address** for this Defendant/Respondent:
   ☐ I do **not** have another address where the Defendant/Respondent might be found.
   ☐ I have another address where this Defendant/Respondent might be found. It is:

   Street Address: _____
   *Street, Apt #*

   City, State, ZIP: _____
   *City*                              *State*           *Zip*

   Telephone: _____  Email: _____

d. Person who will serve your documents on this Defendant/Respondent:
   ☐ Sheriff in Illinois  ☑ Special process server  ☐ Licensed private detective

   ☐ Sheriff outside Illinois: _____
   *County & State*

---

**PLAINTIFF/PETITIONER INFORMATION:**
*Enter your information below.*

Name **RICHARD VANCIL**
*First, Middle and Last Name*

Registered Agent's name, if any _____
*First, Middle and Last Name*

Street Address **407 EAST MAIN**
*Street, Apt #*

City, State, ZIP: **COLLINSVILLE IL**
*City*                              *State*           *Zip*

Telephone: **(618) 216-5291**   Email: **MAAGLAWOFFICE@GMAIL.COM**

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

---

**STOP** The Circuit Clerk and officer or process server will fill in this section.

**To be filled in by the Circuit Clerk:**

Witness this Date: **10/23/2025**

Clerk of the Court: **Patrick McRae   /s/ Melissa Epps**

**To be filled in by an officer or process server:**

Date of Service: **10-24-2025**

*Fill in the date above and give this copy of the Summons to the person served.*

---

**Note to officer or process server:**
- If **1** is checked, this is a 30-day *Summons* and must be served within 30 days of the witness date.
- If **2** is checked, this is a date certain *Summons* and must be served at least 21 days before the court date, unless 3b is checked yes.
  - If **2** is checked **and 3b** is checked yes, the *Summons* must be served at least 3 days before the court date.
- Fill in the date above and give this copy of the *Summons* to the person served.
- You must also complete the attached *Proof of Service* form and file it with the court or return it to the Plaintiff.